# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LISA R. MURPHY
ADC #760343                                                    PLAINTIFF


v.                          No. 5:11–cv–244–DPM–JJV


BOWLEN, Chief, W.C. Dub
Brassell Detention Center; et al.                          DEFENDANTS


## ORDER

Murphy's motion to dismiss Correctional Officer Savage as a

defendant, *Document No. 7,* granted.  Her claim against Savage is dismissed

without prejudice.

So Ordered.


_____
D.P. Marshall Jr.
United States District Judge

20 October 2011