**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LISA R. MURPHY,                                                                                PLAINTIFF
ADC #760343

v.                                        5:11-cv-00244-DPM-JJV

BOWLEN, Chief, Dub Brassell
Detention Center; *et al*.                                                           DEFENDANTS

<u>**PROPOSED FINDINGS AND RECOMMENDATIONS**</u>

<u>**INSTRUCTIONS**</u>

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr.   Any party may serve and file written objections to this recommendation.   Objections should be specific and should include the factual or legal basis for the objection.   If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.   An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.   The copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.        Why the record made before the Magistrate Judge is inadequate.

2.        Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.        The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff, Lisa Murphy, is a state inmate who filed this *pro se* 42 U.S.C. § 1983 action, and an Application to Proceed Without Prepayment of Fees (Application). (Doc. Nos. 1, 2.)   On September 26, 2011, this Court denied Plaintiff's Application as incomplete and directed her to pay the $350 filing fee or file a complete Application within thirty days (Doc No. 4).  The Order warned Plaintiff that failure to follow the Court's directive could result in the dismissal without prejudice of the Complaint.  *Id.*

As of the date of this Order, Plaintiff has neither submitted a complete Application nor paid the filing fee.  In addition, her mail is now returned to the Court as undeliverable (Doc. No. 12).

Rule 5.5(c)(2) of the Rules of the Eastern District of Arkansas requires *pro se* litigants to respond to the Court within thirty (30) days and to keep the Court informed of a current mailing address.  The penalty for failing to comply with this rule is dismissal without prejudice.  Plaintiff has failed to comply with the requirements of Rule 5.5(c)(2).  Dismissal is, therefore, appropriate.

IT IS, THEREFORE, RECOMMENDED that this Complaint be DISMISSED without prejudice.

DATED this 17th day of November, 2011.

_____

JOE J. VOLPE
 UNITED STATES MAGISTRATE JUDGE