IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LISA R. MURPHY
ADC #760343                                                             PLAINTIFF

v.                     No. 5:11-cv-244-DPM

BOWLEN, Chief, Dub Brassell
Detention Center; ADAMS, Captain;
BAKER, Lt.; WASHINGTON, Sgt.;
MARTIAL, C/O; RANDOLL, Nurse;
REED, Nurse; JOHN DOE, Dr.;
MATTHEWS, Correctional Officer;
McCARTER, Correctional Officer;
and HUNTER, Lt.                                                     DEFENDANTS

ORDER

United States Magistrate Judge Joe J. Volpe entered Proposed Findings and Recommendations in this case, *Document No. 13*, to which Murphy has not objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own.

Because Murphy has not responded to the Court and has therefore failed to comply with Local Rule 5.5(c)(2), her complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 Dec. 2011