IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LISA R. MURPHY
ADC #760343                                                                                                PLAINTIFF

v.                                    No. 5:11-cv-244-DPM

BOWLEN, Chief, Dub Brassell
Detention Center; ADAMS, Captain;
BAKER, Lt.; WASHINGTON, Sgt.;
MARTIAL, C/O; RANDOLL, Nurse;
REED, Nurse; JOHN DOE, Dr.;
MATTHEWS, Correctional Officer;
McCARTER, Correctional Officer;
and HUNTER, Lt.                                                                                         DEFENDANTS

JUDGMENT

Murphy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 Dec. 2011